James H. Hooper, plaintiff in error, v. George Birkenstein, defendant in error. Gen. No. 35,614.

Heard in the first division of this court for the first district at the December term, 1931. ▮▮▮ Opinion filed February 29, 1932. Rehearing denied March 14, 1932.

James H. Hooper, pro se. Newburger & Greenbaum, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Louis Ritt et al. for use of Personal Loan & Savings Bank, appellant, v. Chicago Show Printing Company, appellee. Gen. No. 35,660.

Heard in the first division of this court for the first district at the December term, 1931. ▮▮▮ Opinion filed February 29, 1932.

Reginald C. Darley, for appellant; Oscar G. Wahlgren, of counsel. Rathje, Wesemann, Hinckley & Barnard, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Mary F. Moore, plaintiff in error, v. Sylvester Graves, defendant in error. Gen. No. 35,325.

Heard in the first division of this court for the first district at the October term, 1931. ▮▮▮ Opinion filed February 29, 1932.

Corinne L. Rice and Simpson & Baker, for plaintiff in error. Lewis E. Johnson, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

John A. Peters, appellee, v. Fred Becklenberg and Wellington Apartment Building Corporation, appellants. Gen. No. 35,421.

Heard in the first division of this court for the first district at the October term, 1931. ▮▮▮ Opinion filed February 29, 1932.

Cloyes & Klingler, for appellants. Krinsky, Levitan & Glassner, for appellee.

Mr. Justice McSurely delivered the opinion of the court.